**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MONICA KURGAN and MADELINE DIAZ, on behalf of themselves and others similarly situated, | ) ) ) | Case No. 10-C-1899 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Honorable Robert M. Dow, Jr. |
| CHIRO ONE WELLNESS CENTERS LLC | ) ) ) | Magistrate Judge Arlander Keys |
| Defendant. | ) | |

### UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER *INSTANTER*

Chiro One Wellness Centers LLC, by its attorneys Murphy & Hourihane, L.L.C., requests that this Court enter an order permitting it leave to file its answer to the plaintiffs' complaint four days late, and in support of its motion states:

1. Chiro One Wellness Centers LLC's answer to the complaint was due on September 30, 2010.

2. Chiro One Wellness Center LLC's answer is attached as Exhibit A.

3. Despite diligent efforts, Chiro One Wellness Centers LLC was not able to complete its answers until October 4, 2010.

4. Plaintiff's counsel has been consulted and has no objection to the filing of the answer *instanter*.

Wherefore, for the foregoing reasons, Chrio One Wellness Centers LLC respectfully requests that this Court grant them leave to file its answer, which is attached hereto, *instanter*.

| | |
|---|---|
| Dated: October 4, 2010 | Respectfully submitted,<br>**Chiro One Wellness Centers, LLC**<br><br>/s/      Eugene E. Murphy, Jr.<br>One of its Attorneys |

Eugene E. Murphy, Jr.  (ARDC No. 6198863)
John N. Hourihane, Jr.  (ARDC No. 6256107)
John H. Scheid, Jr.  (ARDC No. 6226105)
MURPHY & HOURIHANE, L.L.C.
77 W. Wacker Dr., Suite 4800
Chicago, Illinois 60601