**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MONICA KURGAN and MADELINE DIAZ, on behalf of themselves and others similarly situated, | ) ) ) ) | Case No. 10-CV-1899 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Honorable Robert M. Dow, Jr. |
| CHIRO ONE WELLNESS CENTERS LLC, | ) ) | Magistrate Judge Arlander Keys |
| Defendant. | ) ) | |

**<u>RE-NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that on Thursday, September 1st, 2011, at 9:15 am, we will appear before the Honorable Judge Robert M. Dow, Jr., or any judge sitting in his stead, in Room 1919 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEFENDANT'S MOTION TO CONSOLIDATE**, a copy of which is hereby served upon you.

Dated: August 29, 2011

Respectfully submitted,
**Chiro One Wellness Centers LLC**

/s/    Eugene E. Murphy, Jr.
One of its Attorneys

Eugene E. Murphy, Jr. (ARDC No. 6198863)
John N. Hourihane, Jr. (ARDC No. 6256107)
John H. Scheid, Jr. (ARDC No. 6226105)
MURPHY & HOURIHANE, L.L.C.
77 W. Wacker Dr., Suite 4800
Chicago, Illinois 60601

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the aforementioned document in the notice of motion were filed and served on August 29, 2011, in accordance with the ECF Rules in compliance with Fed. Rule Civ. P. 5(b)(2)(D):


/s/      Eugene E. Murphy, Jr.