**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MONICA KURGAN and MADELINE DIAZ, on behalf of themselves and others similarly situated,** ] ] ] | **Case No. 10-C-1899** |
| ] | **Honorable Robert M. Dow, Jr.** |
| **Plaintiffs,** ] | **Magistrate Judge Arlander Keys** |
| **v.** ] | |
| ] | |
| **CHIRO ONE WELLNESS CENTERS LLC,** ] | |
| ] | |
| **Defendant.** ] | |

**PLAINTIFFS' AMENDED MOTION**
**FOR COLLECTIVE & CLASS CERTIFICATION**

Plaintiffs Monica Kurgan and Madeline Diaz, on behalf of classes of similarly-situated persons employed by Defendant, respectfully request that this Court grant their motion to issue Notice under Section 216(b) of the Fair Labor Standards Act, 29 U.S.C. §216(b), and certify a class under the Illinois Minimum Wage Law under FED. R. CIV. P. 23(b)(3) and/or FED. R. CIV. P. 23(c)(4). In support of this Motion, Plaintiffs submit a memorandum of law and supporting evidentiary materials.

WHEREFORE, Plaintiffs Kurgan and Diaz request on behalf of themselves and all other persons similarly-situated, known and unknown, an Order:

A. Authorizing Notice under 29 U.S.C. §216(b) to similarly situated current and former employees of this collective action;

B. Certifying Plaintiffs' IMWL overtime wage claim under FED. R. CIV. P. 23(b)(3) and/or FED. R. CIV. P. 23(c)(4);

C. Appointing Plaintiffs' Counsel as Class Counsel;

1

D.     Approving the proposed notice forms under the provisions of 29 U.S.C. §216(b)

and FED. R. CIV. P.  23; and

E.     Granting such other relief as the Court deems appropriate under the

circumstances.

Dated:  **August 26, 2013**

Respectfully submitted,


**/s/ James A. Jones**
_____
One of the Attorneys for Plaintiffs

Richard J. (Rex) Burch
Texas Bar No. 24001807
James A. Jones
Texas Bar No. 10908300
**BRUCKNER BURCH PLLC**
8 Greenway Plaza
Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065

Douglas M. Werman
**Werman Law Offices, PC**
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Telephone: (312) 419-1008

James B. Zouras
**Stephan Zouras, LLP**
205 N. Michigan Avenue, Suite 2560
Chicago, Illinois 60601
212-233-1550
312-233-1560 f