**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Monica Kurgan, et al.
                              Plaintiff,

v.                                             Case No.: 1:10–cv–01899
                                                     Honorable Robert M. Dow Jr.

Chiro One Wellness Centers LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 18, 2014:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 2/18/2014. Parties abandon attempts to resolve attorneys' fees dispute concerning Plaintiffs who accepted Rule 68 offers of judgment and instead will proceed with formal process under Local Rule 54.3. Further status hearing set for 3/11/2014 at 2:00 p.m. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.